# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA              :

        v.                                                   :

BYRON LINDSAY,                                  :

                      Defendant.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        BYRON LINDSAY, the above-named defendant, who is accused of violating Title 8, United States Code, Section 1326(a) & (b)(2); having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                              _____
                                                  Defendant.

                                                    _____
                                                    Counsel for Defendant.

Date:  White Plains, New York
         February 17, 2006